IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-00146-PAB-MJW

DEAN RASMUSSEN and
CHRISTINE RASMUSSEN, as individuals,

    Plaintiff,

v.

EMIL ROY, an individual, and
BRANDON MARTINEZ, an individual minor, by and through his parents
and next friends, EMIL ROY and PAULA MARTINEZ,

    Defendants.
_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE
_____

THIS MATTER comes before the Court upon the Unopposed Motion to Dismiss Without Prejudice [Docket No. 22]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the motion to dismiss [Docket No. 22] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED May 27, 2010.

                                          BY THE COURT:

                                          s/Philip A. Brimmer
                                          PHILIP A. BRIMMER
                                          United States District Judge